# Exhibit A

Form CA 1-A: Notice and Acknowledge for Service by Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MAURICE S JOHNSON
_____
                    *Plaintiff(s)*

                v.                                    Case No: 2015 CA 007668 B'  _____

PAUL BRYGIDER
_____
                    *Defendant(s)*

NOTICE

To (insert name and address of the party to be served):
PAUL BRYGIDER
11612 LONG STREET DRIVE
SPOTSYLVANIA, MD 22551
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 01/12/2016  _____.

*Keaira Butler*                              1/12/2016
_____                      _____
*Signature*                                  *Date of Signature*

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____
                                               _____
                                               _____

_____        _____  _____
*Signature*                    *Relationship to Defendant/Authority  Date of Signature*
                               *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828        (202) 879-4828        번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MAURICE S. JOHNSON
   Vs.
PAUL BRYGIDER

C.A. No.    2015 CA 007668 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge MICHAEL L RANKIN
Date:  January 11, 2016
Initial Conference: 10:00 am, Friday, March 11, 2016
Location:  Courtroom 517
       500 Indiana Avenue N.W.
       WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Maurice Johnson _____
_____ Plaintiff

vs.

Paul Brigider _____
_____ Defendant

Case Number _2015CA7678_

## SUMMONS

**To the above named Defendant:**

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Maurice Johnson _____
Name of Plaintiff's Attorney

2766 Jefferson St _____
Address

Temple Hills, MD _____

20745 _____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                           CASUM.doc

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Maurice S Johnson
2764 Iverson Street          *Plaintiff*
Temple Hills
vs.
Maryland  20748

Paul Brygider
Director of          *Defendants*
(FSSD) At the pentagon
unknow or pentagon
washington DC and Virginia

**COMPLAINT**

95 - 007668

CIVIL ACTION No. _____

FILED
CIVIL ACTIONS BRANCH
OCT 06 2015
Superior Court
of the District of Columbia
Washington, D.C.

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Equal pay compensation Discrimination
willful violation From Paul Brygider on Equay pay
and others after I have showed them how it can
be adjusted and raised Ilegal. Paul Brygider use the same
Raise other Co worker Salary during the
Same work and responsibilty Name of the person Mark Piscott Please see which
who recived a raise check intershect with
3 days
Back pay from 3 years
salary 659 - 5k/yr/overtime
hours

Wherefore, Plaintiff demands judgement against Defendant in the sum of $ _____
with interest and costs.

240)353-4438          240
Phone:

DISTRICT OF COLUMBIA, SS

_____, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all
set-off and just grounds of defense.

MDID exp. 03/2014

_____          _____
(Plaintiff          Agent)

Subscribed and sworn to before me this ____6th____ day of ____October____ 20 15.

_____
(Notary Public/Deputy Clerk)

FORM CV-101V Nov. 00

# Demands

Back Pay for and from
5 years of willfully Abuse
of Process of Title VII Compensation
Discrimination

Salary increase to GS 10
Step 9 Employment Discrimination

Vacation time of 300 hours
back on the books, Employment
Discrimination do to the fact
of all the mental Abuse and
harssiment I had to use Vacation
time in hospitals and mental Stress
Invake from Paul Brysider
and whom every he sent to
harrssi me and make False
Accusations, About my
Charter and my work I was told
By Jim Daley Paul Brysiler marine
but That I am full of Shit I look
False Accusation I request over years
That I Should be move to another
Locations for My Health thing are great now with my Health

Paul Brysider
Bullying
Using a lot of my Personal
Information was use against
me along with my Health personal
Health issue was spoken amonst
other co worker Inussion of
pravicy. Along was my Information
Syeread around my work envisorment
and other work envisrments and
Co worker knew my personal
Information. So Paul Brysider
Also Andued action and spoke
with others to Sabotage my reputions
Paul Brysider also use term
words Scope for his actions
To make my Health worst along
with have other dio the
Same on the mangement level
and Co worker level Paul Brysider
is sent Jim Daley and Dennis
Sibal to give me paper and
Documents to Sign and use against
me all the time they would
rct Friendly and the next day

have a demenear of
agrission more so Jim Riley.
one day things would be going
well all my customer happy
my work getting done and
finish with respect and I
get called in a office with
a closed door Also Staying on
and of the worksite. I have request
for year to be place in another envierment
away from the Building But Insteed
they wanted to keep me in the building
to make thing coexist for my Health and
reputation along with Demot me in
a position with no growth push
me out of a position to stop
my career growth and pay Raise
and growth in the ferderal Government
and other Agenices

# Superior Court of the District of Columbia

## CIVIL DIVISION
### 500 Indiana Ave., N.W., Rm—JM-170
### Washington, D.C. 20001

*Plaintiff*

vs.

Civil Action No. _____

*Defendant*

## ANSWER OF DEFENDANT

DISTRICT OF COLUMBIA, ss:

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

_____

_____

_____

_____

_____

_____

_____

And, therefore, said defendant respectfully demands that this suit be heard in open court.

| DEFENDANT: | ADDRESS: | TELEPHONE NO. |
|---|---|---|
| | | |
| COPY MAILED TO: (ATTORNEY FOR PLAINTIFF) | | |
| | | |

Form CV(6)-451/Dec. 91

2-C431 wd-155

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE



U.S. POSTAGE >> PITNEY BOWES

ZIP 20001 $ 000.70⁵
02 1N
0001402431 JAN 12 2016

Paul Brygider
11612 Long Street Dr.
Spotsylvania, MD 22551

2255134600 R014

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

U.S. POSTAGE >> PITNE

ZIP 20001 $ 000
02 1N
0001402440 OCT 1:

Superior Court of the District of Columbia
Civil Division
5ᵗʰ Indiana Avenue, N.W.
Room 5000
Washington, D.C. 20001